IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FELTON W. DUNNAM                                                               PLAINTIFF

v.                                      No. 1:05CV00042 GH

ROSE L. WATTS                                                                  DEFENDANT

## ORDER

On December 21st, defendant filed a motion to compel plaintiff to provide the financial information requested in the October 24th notice of deposition.

Plaintiff responded on December 29th that he has kept no records of his income or employment; that a follow up call on December 28th to H&R Block revealed records from 2000-2002 which plaintiff will sign an authorization allowing defendant access to the documents; that plaintiff will sign any requested authorization allowing defendant access to the documents of his current employment and agrees to provide Form 1099 for 2005 when available to him; defendant has requested and may obtain wage and employment information through the discovery process from plaintiff's employer at the time of the accident which recently became a party; and that he provided all known prior employment information to defendant through his deposition.

In light of plaintiff's response, the Court is persuaded that defendant's December 21st motion (#19) to compel has been rendered moot.

IT IS SO ORDERED this 3rd day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE